Official Form 1 (04/10)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| DISTRICT OF *SOUTH CAROLINA* | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| *George W. Park Seed Co., Inc., a South Carolina Corporation* | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| *NONE* | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *57-0445934* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): *1 Parkton Avenue Greenwood SC* ZIPCODE *29647* | Street Address of Joint Debtor (No. & Street, City, and State): ZIPCODE |
|---|---|

| County of Residence or of the Principal Place of Business: *Greenwood* | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): *PO Box 52999 Greenwood SC* ZIPCODE *29649* | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): *SAME* | ZIPCODE |
|---|---|

**Type of Debtor** (Form of organization)
(Check **one** box.)

☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**
(Check **one** box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other *Horticultural Products*

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
☒ Debts are primarily business debts.

**Chapter 11 Debtors:**

**Check one box:**
☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

**Check all applicable boxes:**
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Official Form 1 (04/10)                                                                                                    FORM B1, Page    2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *George W. Park Seed Co., Inc.,* *a South Carolina Corporation* |

### All Prior Bankruptcy Cases Filed Within Last 8 Years    (If more than two, attach additional sheet)

| Location Where Filed:  *NONE* | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor    (If more than one, attach additional sheet)

| Name of Debtor:  *NONE* | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | **X** _____    *4/ 2/2010*  Signature of Attorney for Debtor(s)                  Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.

☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (04/10)                                                                                    FORM B1, Page   3

| Voluntary Petition | Name of Debtor(s): |
| (This page must be completed and filed in every case) | *George W. Park Seed Co., Inc.,* |
| | *a South Carolina Corporation* |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only one box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b) | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

4/ 2/2010
(Date)

---

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

**X** */s/ R. Geoffrey Levy*
Signature of Attorney for Debtor(s)

*R. Geoffrey Levy 2666*
Printed Name of Attorney for Debtor(s)

*Levy Law Firm, LLC*
Firm Name

*2300 Wayne Street*
Address

*Columbia SC  29201*

*803-256-4693*
Telephone Number

*4/ 2/2010*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Charles Fox*
Signature of Authorized Individual

*Charles Fox*
Printed Name of Authorized Individual

*President*
Title of Authorized Individual

*4/ 2/2010*
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 10- |
| | ) | |
| George W. Park Seed Co., Inc., | ) | CHAPTER 11 |
| a South Carolina Corporation, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Charles Fox, declare under penalty of perjury that I am the President of George W. Park Seed Co., Inc., a South Carolina Corporation, and that the following resolution was adopted by the shareholders of this Corporation.

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Charles Fox, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Charles Fox, President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deed and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved that Charles Fox, President of this Corporation, is authorized and directed to employ R. Geoffrey Levy, attorney and Levy Law Firm, LLC to represent the Corporation in such bankruptcy case."

Executed on: April 2, 2010          Signed:  /s/ Charles Fox
                                              Charles Fox
                                              President

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

In re  *George W. Park Seed Co., Inc., a South Carolina Corporation*

Case No.
Chapter *11*

_____ / Debtor

Attorney for Debtor:  *R. Geoffrey Levy*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____*35,000.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____*35,000.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $_____*0.00*

3.  $_____*1,039.00*_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
    *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
    *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
    *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
    *None*

Dated:  *4/ 2/2010*                    Respectfully submitted,

X *_/s/ R. Geoffrey Levy_____*
Attorney for Petitioner: *R. Geoffrey Levy*
*Levy Law Firm, LLC*
*2300 Wayne Street*
*Columbia SC  29201*

*803-256-4693*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

In re *George W. Park Seed Co., Inc.,*
*a South Carolina Corporation*

Case No.
Chapter  *11*

_____ / Debtor

Attorney for Debtor:  *R. Geoffrey Levy*

# LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|--------|---------------------------------------|------------------|-----------------------------------|
|        | *Debtor has no Equity Security Holders* |                |                                   |
|        |                                       |                  |                                   |
|        |                                       |                  |                                   |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Charles Fox*_____, *President*_____ of the *corporation*_____ named as

debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the

best of my knowledge, information and belief.

Date:  *4/ 2/2010*_____            Signature: */s/ Charles Fox*_____

Name: *Charles Fox*

Title: *President*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

In re  *George W. Park Seed Co., Inc.*                         Case No.
       *a South Carolina Corporation*                         Chapter  *11*

_____ ,
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1 A.T. Clayton & Co., Inc. 14822 Collections Center Drive Chicago IL  60693 | Phone: 203-658-1294 A.T. Clayton & Co., Inc. 14822 Collections Center Drive Chicago IL  60693 | | | $ 2,450,000.00 |
| 2 Quad/Graphics, Inc. PO Box 930505 Atlanta GA  31193-0505 | Phone: 414-566-2365 Quad/Graphics, Inc. PO Box 930505 Atlanta GA  31193-0505 | | | $ 2,020,730.00 |
| 3 Ball Horticultural Company 75 Remittance Drive Suite 1114 Chicago IL  60675-1114 | Phone: 630-588-3256 Ball Horticultural Company 75 Remittance Drive Suite 1114 Chicago IL  60675-1114 | | | $ 515,672.94 |
| 4 A-C Logistics PO Box 750 Anderson SC  29622-0760 | Phone: 864-375-1311 A-C Logistics PO Box 750 Anderson SC  29622-0760 | | | $ 329,008.35 |
| 5 DHL Express Inc. PO Box 277290 Atlanta GA  30384-7290 | Phone: 800-722-0081 DHL Express Inc. PO Box 277290 Atlanta GA  30384-7290 | | | $ 297,734.10 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Haynsworth Sinkler Boyd, PA<br>75 Beattie Place, 11th Floor<br>PO Box 248<br>Greenville SC  29602-0248 | Phone: 864-240-3200<br>Haynsworth Sinkler Boyd, PA<br>75 Beattie Place, 11th Floor<br>PO Box 248<br>Greenville SC  29602-0248 | | | $ 152,980.56 |
| 7<br>FedEx<br>PO Box 371461<br>Pittsburgh PA  15250-7461 | Phone: 800-622-1147<br>FedEx<br>PO Box 371461<br>Pittsburgh PA  15250-7461 | | | $ 134,778.77 |
| 8<br>Int'l Horticultural Tech<br>PO Box 1035<br>Hollister CA  95024-1035 | Phone: 831-637-1800<br>Int'l Horticultural Tech<br>PO Box 1035<br>Hollister CA  95024-1035 | | | $ 110,007.00 |
| 9<br>UPS<br>PO Box 7247-0244<br>Philadelphia PA  19170 | Phone: 800-811-1648<br>UPS<br>PO Box 7247-0244<br>Philadelphia PA  19170 | | | $ 86,207.86 |
| 10<br>Planteck, Inc.<br>2451 Place Desjardins<br>Notre-Dame De Lour<br>Quebec Canada  JOK1K0 | Phone: 450-589-6162<br>Planteck, Inc.<br>2451 Place Desjardins<br>Notre-Dame De Lour<br>Quebec Canada  JOK1K0 | | | $ 71,597.00 |
| 11<br>Kapiteyn<br>Postbus 3<br>1760 AA<br>Anna Paulowna HL | Phone: 31223521841<br>Kapiteyn<br>Postbus 3<br>1760 AA<br>Anna Paulowna HL  Tele 9011 | | | $ 70,506.06 |
| 12<br>UPS/PSC SCS Charlotte<br>PO Box 533238<br>Charlotte NC  28290-3238 | Phone: 704-236-4244<br>UPS/PSC SCS Charlotte<br>PO Box 533238<br>Charlotte NC  28290-3238 | | | $ 69,807.47 |
| 13<br>Monrovia Growers<br>PO Box 406964<br>Atlanta GA  30384-6964 | Phone: 800-342-6012<br>Monrovia Growers<br>PO Box 406964<br>Atlanta GA  30384-6964 | | | $ 66,787.46 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>IBM Corp.<br>PO Box 643600<br>Pittsburgh PA  15264-3600 | Phone: 877-426-6006<br>IBM Corp.<br>PO Box 643600<br>Pittsburgh PA  15264-3600 | | | $ 65,267.96 |
| 15<br>Roseville Farms, L.C.<br>3251 Ponkan Pines Rd.<br>Apopka FL  32712-5627 | Phone: 407-884-4559<br>Roseville Farms, L.C.<br>3251 Ponkan Pines Rd.<br>Apopka FL  32712-5627 | | | $ 59,420.50 |
| 16<br>Jersey Asparagus Farms, Inc.<br>105 Porchtown Rd.<br>Elmer NJ  08318-4519 | Phone: 856-358-2548<br>Jersey Asparagus Farms, Inc.<br>105 Porchtown Rd.<br>Elmer NJ  08318-4519 | | | $ 57,445.35 |
| 17<br>The Plant Group, Inc.<br>117 Pond Rd.<br>North Franklin CT  06254 | Phone: 860-642-6030<br>The Plant Group, Inc.<br>117 Pond Rd.<br>North Franklin CT  06254 | | | $ 54,868.20 |
| 18<br>Bank of America Platinum Plus Business Card<br>PO Box 15710<br>Wilmington DE  19886-5710 | Phone:<br>Bank of America Platinum Plus Business Card<br>PO Box 15710<br>Wilmington DE  19886-5710 | | | $ 53,843.73 |
| 19<br>Omniture, Inc.<br>Dept. CH 17426<br>Palatine IL  60055-7426 | Phone:<br>Omniture, Inc.<br>Dept. CH 17426<br>Palatine IL  60055-7426 | | | $ 50,341.33 |
| 20<br>Schreiner's Iris Gardens, Inc.<br>3625 Quinaby Road NE<br>Salem OR  97303-9718 | Phone: 503-393-3232<br>Schreiner's Iris Gardens, Inc.<br>3625 Quinaby Road NE<br>Salem OR  97303-9718 | | | $ 50,329.81 |

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Charles Fox*                              , *President*                of the *Corporation*            named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.

Date: *4/2/2010*

Signature */s/ Charles Fox*

Name: *Charles Fox*

Title: *President*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

The above named debtor, or attorney for the debtor if applicable, does hereby certify that the master mailing list of creditors submitted either on computer diskette or by a typed hardcopy in a scannable format has been compared to, and contains identical information to, the debtor's schedules, statements and lists pursuant to SC LBR 1007-1.

Master mailing list of creditors submitted via:

(a) _____ computer diskette

(b) ___X___ scannable hard copy ___26___ (number of sheets submitted)

Date: __4/ 2/2010__

Signature /s/ R. Geoffrey Levy _____
R. Geoffrey Levy, Attorney for Debtor
2300 Wayne Street
Columbia, SC  29201
803-256-4693
District Court I.D. Number: 2666

```
BYTWARE  INC
9440 DOUBLE R BLVD
SUITE B
RENO  NV  89521-5990


CANON FINANCIAL
14904 COLLECTIONS CENTER DRIVE
CHICAGO  IL  60693-0149


CC&M
1216 W  PATRICK STREET
KISSIMMEE  FL  34745-0668


CCS
319 YARD DRIVE
VERONA  WI  53593


CM SYSTEMS
1533 NEW BRITAIN AVE
FARMINGTON  CT  06032-3306


CXTEK
5404 SOUTH BAY ROAD
SYRACUSE  NY  13212


DEERFIELD COMMUNICATIONS
4241 OLD US 27 SOUTH
PO BOX 851
GAYLORD  MI  49734


DIGITAL DOC SYSTEMS
415 PISGAH CHURCH RD
#313
GREENSBORO  NC  27455


GE CAPITAL
PO BOX 3083
CEDAR RAPIDS  IA  52406-3083
```

GS1 US PARTNER COMM
7887 WASHINGTON VILLAGE DR
SUITE 300
DAYTON  OH  45459-8605


IBM
1 NEW ORCHARD RD
ARMONK  NY  10504-1722


IGF (IBM)
1 NEW ORCHARD RD
ARMONK  NY  10504-1722


IGF/IBM
1 NEW ORCHARD RD
ARMONK  NY  10504-1722


IKON
70 VALLEY STREAM PKWY
MALVERN  PA  19355-0989


IKON OFFICE SOLUTIONS
70 VALLEY STREAM PKWY
MALVERN  PA  19355-0989


IMMEDION
78 GLOBAL DR
SUITE 100
GREENVILLE  SC  29607


INFOR
13560 MORRIS RD
SUITE 4100
ALPHARETTA  GA  30004


INTEK INTEGRATION TECH
33528 SE CENTER ST
SNOQUALMIE  WA  98065

LAKEVIEW TECH
1901 S  MEYERS RD
SUITE 600
VILLA PARK  IL  60181-5210


LYRIS TECH
5858 HORTON ST
SUITE 270
EMERYVILLE  CA  94608


MICROSRETAIL
1800 WEST PARK DRIVE
WESTBOROUGH  MA  01581


MICROSRETAIL/COMMERCIAL WARE
1800 WEST PARK DRIVE
WESTBOROUGH  MA  01581


MORRIS WIRELESS
PO BOX 17069
GREENVILLE  SC  29606-8069


NUMARA
2202 NW SHORE BLVD
SUITE 650
TAMPA  FL  33607


NUVOX
TWO NORTH MAIN ST
GREENVILLE  SC  29601-2719


PRM
50 N  BROCKWAY ST
STE 3-5
PALATINE  IL  60067-5068


PRODATA
2809 SOUTH 160TH STREET
SUITE 401
OMAHA  NE  68130-1755

REFLEX SECURITY
53 PERIMETER CT  EAST
ATLANTA  GA  30346


RJS
14041 BURNHAVEN DR
SUITE 120
BURNSVILLE  MN  55337


VERIPHONE
2099 GATEWAY PLACE
SUITE 600
SAN JOSE  CA  95110


VERISIGN  INC
487 EAST MIDDLEFIELD RD
MOUNTAIN VIEW  CA  94043


VERIZON
133 CALKINS RD
ROCHESTER  NY  14623


WRSI
211 WATERFORD SQUARE
MADISON  MS  39110


A M  LEONARD  INC
PO BOX 816
PIQUA OH  45356-0816


A T  CLAYTON & CO   INC
14822 COLLECTIONS CENTER DRIVE
CHICAGO  IL  60693


A-C LOGISTICS
PO BOX 750
ANDERSON  SC  29622-0760


ADOBE SYSTEMS  INC
75 REMITTANCE DRIVE
SUITE 1025
CHICAGO  IL  60675-1025

AMERICAN EXPRESS
PO BOX 650448
DALLAS  TX  75265-0448


AMERICAN HERITAGE LIFE INS CO
PO BOX 650514
DALLAS  TX  75265-0514


AMERIGAS
223 HWY 28 BYPASS
ANDERSON  SC  29624


ARROWHEAD ALPINES
PO BOX 857
FOWLERVILLE  MI  48836


BALL HORTICULTURAL COMPANY
75 REMITTANCE DRIVE
SUITE 1114
CHICAGO  IL  60675-1114


BANK OF AMERICA PLATINUM PLUS
BUSINESS CARD
PO BOX 15710
WILMINGTON  DE  19886-5710


BEARING DISTRIBUTORS  INC
PO BOX 887
COLUMBIA  SC  29202-0887


BEAVER PLASTICS  LTD
7-26318 TWP RD  531A
ACHESON  ALBERTA
  T7X 5A3


BLEW LINE INC  (CENTERTON)
345 WOODRUFF RD
BRIDGETON  NJ  08302-5945


BOGGERO'S SERVICES
1502 S  MAIN STREET
GREENWOOD  SC  29648

BONADEA GARDENS
330 TRANSPORT ROAD
BOX 2  GROUP 582  RRS
WINNIPEG  MB  R2C 272


BRIGGS NURSERY  INC
PO BOX 658
ELMA  WA  98541-0658


BUDS & BLOOMS NURSERY
7501 US HWY 29 N
BROWNS SUMMIT  NC  27214-9556


BUSINESS COMMUNICATIONS  INC
PO BOX 8298
100 CORPORATE CIR  SU
SPARTANBURG  SC  29305


C  RAKER & SONS  INC
10371 RAINEY RD
LITCHFIELD  MI  49252-9125


CABLE CONNECTORS  LLC
PO BOX 1384
GREENWOOD  SC  29649


CALORIQUE  LTD
2380 CRANBERRY HWY
WEST WAREHAM  MA  02576


CAPSUGEL
PO BOX 640091
PITTSBURGH  PA  15264-0091


CAROLINA PRINT CONSULTANTS
PO BOX 267
LAURENS  SC  29360


CARTER SMITH MERRIAM ROGERS TR
ATTORNEYS AT LAW
PO BOX 10828
GREENVILLE  SC  29603-0828

CC DICKSON CO
PO BOX 13501
ROCK HILL  SC  29731-3501


CENTER GREENHOUSE  INC
1550 E  73RD AVE
DENVER  CO  80229-6904


CENTURYLINK
PO BOX 96064
CHARLOTTE  NC  28296-6064


CHAMPION FREIGHT & LOG  INC
590 BELLEVILLE TURNPIKE
BLDG  #29
KEARNY  NJ  07032-4241


CHANNEL ADVISOR CORPORATION
75 REMITTANCE DRIVE
SUITE 6589
CHICAGO  IL  60675-6589


CHEMGARD  INC
PO BOX 25061
GREENVILLE  SC  29616


CISION US  INC
PO BOX 98869
CHICAGO  IL  60604-8869


CLARITY CONNECT  INC
352A RALEIGH STREET
HOLLY SPRINGS  NC  27540


CLEAN AIR GARDENING
2266 MONITOR STREET
DALLAS  TX  75207


CLEARVIEW HORTICULTURAL PROD
5543 264TH ST RR1
ALDERGROVE BC
  V4W 1K4

CM SYSTEMS  LLC
1533 NEW BRITAIN AVE
FARMINGTON  CT  06032-3306


COMMERCIAL WARE  INC
C/O MICROS - RETAIL
1800 WEST PARK DRIVE
WESTBOROUGH  MA  01581


COMMISSIONERS OF PUBLIC WORKS
PO BOX 549
GREENWOOD  SC  29648-0549


COMPUTER CONSULT & MERCH
1216 W  PATRICK ST
PO BOX 45-1465
KISSIMMEE  FL  34745-0668


CONNECTED SOFTWARE  INC
PO BOX 29
WEST NEWBURY  MA  01985


CONRAD FAFARD  INC
PO BOX 281153
ATLANTA  GA  30384-1153


COOL SPRINGS PRESS
D/B/A WAYNICK BOOK GROUP
101 FOREST CROSSING BLVD
FRANKLIN  TN  37064


CT CORPORATION
PO BOX 4349
CAROL STREAM  IL  60197-4349


CXTEC
PO BOX 3765
SYRACUSE  NY  13220-3765


DAVE WILSON NURSERY
19701 LAKE ROAD
HICKMAN  CA  95323-9706

DAVID AUSTIN ROSES  LTD
15393 HWY 64 W
TYLER  TX  75704-6435


DHL EXPRESS INC
PO BOX 277290
ATLANTA  GA  30384-7290


DLA PIPER USA  LLP
100 N  TAMPA STREET
SUITE 2200
TAMPA  FL  33602-5809


DMC PRODUCTS
PO BOX 248
COLUMBIA  PA  17512


DOMINION CARTON
PO BOX 614
BRISTOL  VA  24203-0614


DORITY & MANNING
ATTORNEYS AT LAW  PA
PO BOX 1449
GREENVILLE  SC  29602-1449


DUKE ENERGY
PO BOX 70516
CHARLOTTE  NC  28272-0516


DYNAMIX GROUP
PO BOX 116609
ATLANTA  GA  30368-6609


DYNATEK INDUSTRIES  INC
PO BOX 260441
ENCINO  CA  91426-0441


DYSART CORPORATION
WINCHESTER GARDENS
60 ELM STREET
CANAL WINCHESTER  OH  43110

EBRAND MEDIA
3520 NE SCHUYLER STREET
PORTLAND  OR  97212


ELLIOTT DAVIS & CO   LLP
PO BOX 6286
GREENVILLE  SC  29606-6286


ENVIRO-SAFE LABORATORIES  INC
1579 BARBER ROAD
SARASOTA  FL  34240


EVEREST SCALE  INC
14 DUNBAR ST
GREENVILLE  SC  29601-3415


EXACO  INC
10203-B METROPOLITAN DRIVE
AUSTIN  TX  78758


EXPERIAN MARKETING SERVICES
21221 NETWORK PLACE
CHICAGO  IL  60673-1212


FEDEX
PO BOX 371461
PITTSBURGH  PA  15250-7461


FERRY-MORSE SEED CO
PO BOX 933950
ATLANTA  GA  31193-3950


FILTERS SOUTH  INC
656 WRAGGS FERRY RD
GEORGETOWN  SC  29440-6837


FOX GLOVE GREENHOUSES
PO BOX 1995
KINGSTON  WA  98346

```
FRANK C  MOSER
22400 TUCKAHOE ROAD
ALVA  FL  33920


FREEMAN GRAPHIC SYSTEMS
PO BOX 8977
GREENVILLE  SC  29604-8977


FUNGI PERFECTI
PO BOX 7634
OLYMPIA  WA  98507


GILLOGLY ENTERPRISES
2483 DOE RUN RD
SEQUIM  WA  98382-4702


GPA SPEC  SUBSTRATE SOLUTIONS
BOX 88872
MILWAUKEE  WI  53288-0872


GRAINGER  INC
DEPT  803855865
ATLANTA  GA  30354-1705


GRO PRO ORGANICS
12529 GREENSPRING AVE
OWINGS MILLS  MD  21117


GROWERS SUPPLY CO   INC
PO BOX 219
DEXTER  MI  48130-0219


HANDY NURSERY CO
10702 S E  MCCREARY LN
BORING  OR  97009


HAYNSWORTH SINKLER BOYD  PA
75 BEATTIE PLACE  11TH FLOOR
PO BOX 248
GREENVILLE  SC  29602-0248
```

```
HEWLETT PACKARD COMPANY
PO  BOX 101149
ATLANTA  GA  30392-1149


HIDDEN HOLLOW NRSY
5367 BUNCOMBE RD
HUNTLAND  TN  37345


HOLLANDIA NURSERIES
PO BOX 608
HUBBARD  OR  97032-0608


HYDROFARM
2249 SOUTH MCDOWELL EXTENSION
PETALUMA  CA  94954


IBM CORP
PO BOX 643600
PITTSBURGH  PA  15264-3600


IKON FINANCIAL SERVICES
PO BOX 740540
ATLANTA  GA  30374-0540


IKON OFFICE SOLUTIONS
SOUTHEAST DISTRICT
PO BOX 532530
ATLANTA  GA  30353-2530


IMMEDION
78 GLOBAL DRIVE
GREENVILLE  SC  29607


INTEK INTEGRATION TECHNOLOGIES
35328 SE CENTER STREET
SNOQUALMIE  WA  98065


INT'L HORTICULTURAL TECH
PO BOX 1035
HOLLISTER  CA  95024-1035
```

IPS PACKAGING
PO BOX 2009
FOUNTAIN INN  SC  29644


IRISH EYES - GARDEN CITY SEEDS
5045 ROBINSON CANYON RD
ELLENSBURG  WA  98926


ISON'S NURSERY & VINEYARDS INC
PO BOX 190
BROOKS  GA  30205-0190


JADERLOON COMPANY  INC
PO BOX 890436
CHARLOTTE  NC  28289-0436


JANPAK GREENVILLE
134 LEADER DRIVE
PIEDMONT  SC  29673-9488


JERRY PAVIA PHOTOGRAPHY  INC
PO BOX 912
BONNERS FERRY  ID  83805-0912


JERSEY ASPARAGUS FARMS  INC
105 PORCHTOWN RD
ELMER  NJ  08318-4519


JIFFY PRODUCTS OF AMERICA  INC
5401 BAUMHART ROAD
SUITE B
LORAIN  OH  44053


JOHN ELSLEY
520 BRYTE STREET
GREENWOOD  SC  29649


JOHN HENRY CO
MULTI PACKING SOLUTIONS
75 REMITTANCE DRIVE
CHICAGO  IL  60675-3111

```
KAPITEYN
POSTBUS 3
1760 AA
ANNA PAULOWNA  HL


KCK FARMS  LLC
11483 SE AMITY-DAYTON HWY
DAYTON  OR  97114


KEVIN P  DONAGHY
D/B/A DONAGHY LAW
195 WEKIVA SPRINGS RD
LONGWOOD  FL  32779


KINSMAN CO   INC
PO BOX 428
PIPERSVILLE  PA  18947-0428


KLEHM'S SONG SPARROW PERENNIAL
13101 EAST RYE ROAD
AVALON  WI  53505


KNOX NURSERY  INC  (HODGES)
PO BOX 297
HODGES  SC  29653-0297


LABOR STRATEGY  LLC
2007 YANCEYVILLE STREET
BOX 55
GREENSBORO  NC  27405


LAMINEX  INC
D/B/A ID SHOP  INC
PO BOX 49457
GREENWOOD  SC  29649


LB WHITE CO   INC
W 6636 LB WHITE RD
ONALASKA  WI  54650
```

LINKSHARE CORPORATION
LOCKBOX 30772
C/O JP MORGAN CHASE BANK
NEW YORK  NY  10087-0772


LOEN NURSERY INC
6803 KINNS ROAD NE
WOODBURN  OR  97071


MAC PAPERS  INC
WACHOVIA - LOCKBOX DEPT
MAC PAPERS LB 930513
ATLANTA  GA  30354-1705


MANOR VIEW FARM INC
15601 MANOR RD
MONKTON  MD  21111-2203


MCMASTER-CARR SUPPLY CO
PO BOX 7690
CHICAGO  IL  60680-7690


MICHELL'S
BOX 60160
KING OF PRUSSIA  PA  19406-0160


MICKEY'S MINIS
11530 GRAVOIS RD
SAINT LOUIS  MO  63126-3612


MICROSOFT ADCENTER
ONE MICROSOFT WAY
REDMOND  WA  98052


MILLARD GROUP  INC
PO BOX 3243
OMAHA  NE  68103-0480


MONARCH COLOR CORP
PO BOX 75941
CHARLOTTE  NC  28275-0941

```
MONROVIA GROWERS
PO BOX 406964
ATLANTA  GA  30384-6964


MONTAGUE INDUSTRIAL  INC
1236A WILSON HALL RD
SUMTER  SC  29150-1889


MORAINE PLASTICS  LLC
2195 STONEBRIDGE ROAD
WEST BEND  WI  53095


MORRISETTE PAPER CO   INC
PO BOX 651591
CHARLOTTE  NC  28265-1591


MR  LIGHT  INC
PO BOX 1
ABINGTON  PA  19001-0001


NAME MEDIA
230 THIRD AVENUE
WALTHAM  MA  02451


NELSON DIECUTTING & PACKAGING
PO BOX 4223
SPARTANBURG  SC  29305-4223


NEW FLORA LLC
972 OLD STAGE ROAD
CENTRAL POINT  OR  97502


NICHOLSON & ANDERSON
PO BOX 457
109 WEST COURT AVE 1ST
GREENWOOD  SC  29648


NORTH CREEK NURSERIES  INC
388 NORTH CREEK RD
LANDENBERG  PA  19350-1542
```

```
NUVOX COMMUNICATIONS
PO BOX 580451
CHARLOTTE  NC  28258-0451


OGLETREE DEAKINS
PO BOX 89
COLUMBIA  SC  29202


OLD DOMINION FREIGHT LINE  INC
PO BOX 281153
ATLANTA  GA  30384-8475


OMNITURE  INC
DEPT  CH 17426
PALATINE  IL  60055-7426


ORO FARMS  INC
PO BOX 003402
SALT LAKE CITY  UT  84141-3402


OUTDOOR SPECIALTY
PO BOX 1317
WATKINSVILLE  GA  30677


PALMETTO CUSTOM POLYMERS  INC
6591 MONTGOMERY RD
CLOVER  SC  29710


PAUL ECKE RANCH
PO BOX 230488
ENCINITAS  CA  92023-0488


PC FARMS  LLC
925 CARTER ROAD
DELAND  FL  32724


PC MALL
FILE 55327
LOS ANGELES  CA  90074
```

PCA REBUILD CENTER
PO BOX 165
HONEA PATH  SC  29654-0165


PETER LINDTNER
3222 S  LANDSDOWNE RD
WILMINGTON  DE  19810-3449


PITNEY BOWES  INC
PO BOX 856390
LOUISVILLE  KY  40285-6390


PLANTECK  INC
2451 PLACE DESJARDINS
NOTRE-DAME DE LOUR
QUEBEC  CANADA  J0K1K0


PLUMSTONE
1550 EAST BELTLINE SE
SUITE 210
GRAND RAPIDS  MI  49506


POPLAR RIDGE NURSERY
4200 MENOKIN ROAD
WARSAW  VA  22572


POSTMASTER THOMASTON
USPS
103 E  THOMPSON ST
THOMASTON  GA  30286-9998


POULSEN ROSER INTERNATIONAL
C/O DEN DANSKE BANK
FREDENSBORG AFDELING
FREDENSBORG  DENMARK  DK-3480


PRATT INDUSTRIES GREENVILLE
PO BOX 933907
ATLANTA  GA  31193-3907

```
PULPIT ROCK  INC
PO BOX 124
HAMBURG  PA  19526-0124


PUSH PRODUCTS
19 CUMMINGS RD
MONMOUTH JUNCTIO  NJ  08852


QUAD/GRAPHICS  INC
PO BOX 930505
ATLANTA  GA  31193-0505


QUARLES SUPPLY CO   INC
1616 CALHOUN RD
GREENWOOD  SC  29649-8907


R & S NURSERY  INC
11715 SW HILLSBORO HWY
HILLSBORO  OR  97123


RIDGE MANUFACTORING CO   INC
109 AIKEN ST
BATESBURG  SC  29006


ROADWAY EXPRESS
PO BOX 13573
NEWARK  NJ  07188-0573


ROCKHURST UNIVERSITY CONT ED
PO BOX 419107
KANSAS CITY  MO  64141-6107


ROHDE'S SERVICES
1651 WALL
GARLAND  TX  75040


ROSEVILLE FARMS  L C
3251 PONKAN PINES RD
APOPKA  FL  32712-5627
```

```
RUSS BERRIE U S  GIFT  INC
PO BOX 842616
BOSTON  MA  02284-2616


SC DEPT OF TRANSPORTATION
OUTDOOR ADVERTISING
PO BOX 191
COLUMBIA  SC  29202-0191


SC ENFORCEMENT DIVISION
ATTN  FINANCE
PO BOX 21398
COLUMBIA  SC  29221


SC MFG  EXTENSION PARTNERSHIP
817 CALHOUN STREET
COLUMBIA  SC  29201


SCHREINER'S IRIS GARDENS  INC
3625 QUINABY ROAD NE
SALEM  OR  97303-9718


SCIT LLC
327 MAIN STREET
PO BOX 50808
GREENWOOD  SC  29646


SCRIPPS NETWORKS INTERACTIVE
PO BOX 602031
CHARLOTTE  NC  28260-2031


SECURITIES & EXCHANGE COMM
3475 LENOX ROAD NE
SUITE 1000
ATLANTA  GA  30326


SHAKE AWAY
2330 WHITNEY AVE
HAMDEN  CT  06518-3513
```

SHERMAN NURSERY CO
PO BOX 579
CHARLES CITY  IA  50616-0579


SLOAN MONTGOMERY
GREGORY & HALL  INC
PO BOX 6196
COLUMBIA  SC  29260


SMITH MOORE LEATHERWOOD LLP
300 MCBEE AVENUE  SUITE 500
GREENVILLE  SC  29601


SOUTHEAST INDUSTRIAL EQUIPMENT
PO BOX 63230
CHARLOTTE  NC  28263-3230


SOUTHEASTERN FREIGHT LINES INC
PO BOX 1691
COLUMBIA  SC  29202-1691


SOUTHERN AGRI  INSECTICIDES
PO BOX 429
HENDERSONVILLE  NC  28793


SOUTHERN BURGLAR & FIRE ALARM
PO BOX 667
BELTON  SC  29627-0667


SOUTHERN IMAGING GROUP  INC
ATTN  ELAINE COLLINS
2110 JODY ROAD
FLORENCE  SC  29501


SPECIALITY TAG & LABEL  INC
PO BOX 1500
FLOWERY BRANCH  GA  30542


SPRING VALLEY GREENHOUSE  INC
PO BOX 552
WALWORTH  NY  14568-0552

SPROUTAMO
BOX 17
LAKE MILLS  WI  53551


STEWART FARMS
6474 HIGHWAY 92
ENOREE  SC  29335


STINCHCOMB NURSERY  INC
118 E  MAIN ST
SANDUSKY  OH  44870


STOCKMAN OIL CO   INC
1138 REYNOLDS AVE
GREENWOOD  SC  29649-2736


SUN LIFE FINANCIAL
PO BOX 7247-0381
PHILADELPHIA  PA  19170-0381


SUNLIFE FINANCIAL (STOP LOSS)
PO BOX 95271
CHICAGO  IL  60694


TECHNOLOGIES PLUS  INC
4108 PARK ROAD
SUITE 412
CHARLOTTE  NC  28209-2262


TERRACYCLE  INC
121 NEW YORK AVENUE
TRENTON  NJ  08638


THE GREENVILLE NEWS
PO BOX 677566
DALLAS  TX  75267-7566


THE HOMESTEAD NURSERIES
105 BIEZEN
2771 CT
BOSKOOP HL

THE MAC DETECTIVE
THOMAS SANDERS
2018 W BUTLER RD #130
MAULDIN  SC  29662-2536


THE PLANT GROUP  INC
117 POND RD
NORTH FRANKLIN  CT  06254


THOMAS E  MOORE  INC
PO BOX 794
DOVER  DE  19903


TOMMY CO KNEE PADS INC
12202 OLD YALE ROAD
SURREY BC
0 V3V 3X5


TREE MARC  INC
PO BOX 1447
BOONE  NC  28607-0608


TRIANGLE TRUE VALUE HARDWARE
1500 KATEWAY
GREENWOOD  SC  29646-3722


TWIXWOOD NURSERY
PO BOX 247
BERRIEN SPRINGS  MI  49103-0247


ULINE
ATTN  ACCOUNTS RECEIVABLE
2200 S  LAKESIDE DR
WAUKEGAN  IL  60085-8311


UNISOURCE - COLUMBIA
PO BOX 409884
ATLANTA  GA  30384-9884

UNITED STATES ATTORNEY
DISTRICT OF SOUTH CAROLINA
1441 MAIN STREET  SUITE 500
COLUMBIA  SC  29201


UNITED WAY OF GREENWOOD
929 PHOENIX ST
GREENWOOD  SC  29646


UPS
PO BOX 7247-0244
PHILADELPHIA  PA  19170


UPS FREIGHT
PO BOX 533238
CHARLOTTE  NC  28290-3238


UPS/PSC SCS CHARLOTTE
PO BOX 533238
CHARLOTTE  NC  28290-3238


US MONITOR SERVICE
086 MAPLE AVENUE
NEW CITY  NY  10956


USPS DISBURSING OFFICER
ACCOUNTING SERVICE CENTER
PO BOX 21666
SAINT PAUL  MN  55121-0666


VAN BELLE NURSERY
PMB 348
PO BOX 8000
SUMAS  WA  98295-8000


VAN HOORN NURSERIES  INC
4817 MILLSTREAM RD
MARENGO  IL  60152-9104

```
VEG HERB
222 GRACE CHURCH STREET
SUITE 302
PORT CHESTER  NY  10573-5155


VISIONS BV
MEER EN DUIN 80
2163 HC LI SSE
NETHERLANDS


WEEKS WHSLE ROSE GROWER  INC
PO BOX 51628
LOS ANGELES  CA  90051-5928


WESTERN CAROLINA PRODUCTS
324 MAIN STREET
GREENWOOD  SC  29646


WESTHEFFER CO   INC
PO BOX 363
LAWRENCE  KS  66044-0363


WILLOWAY NURSERIES  INC
4534 AVON CENTER RD
AVON  OH  44011


WILSON REFRIGERATION/ELEC INC
PO BOX 13365
ANDERSON  SC  29624


WONDER SOIL/THE IPATT GROUP
19500 TURNBERRY AVE
SUITE 3E
MIAMI  FL  33180


WORKSRIGHT SOFTWARE  INC
PO BOX 1156
MADISON  MS  39130-1156
```

```
XAMER LLC/REMAX OF FLORIDA INC
745 PRIMERA BLVD
SUITE 1021
LAKE MARY  FL  32746


XPEDX
PO BOX 644520
PITTSBURGH  PA  15264-4520


XX SMITH  INC
932 PAGE RD
WASHINGTON  NC  27889


YMCA OF GREENWOOD
1760 CALHOUN RD
GREENWOOD  SC  29649-8909
```