**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: 10-02431-JW
Case Number: 10-02432-JW
Case Number: 10-02434-JW

**ORDER DIRECTING JOINT ADMINISTRATION OF**
**THE DEBTORS' RELATED CHAPTER 11 CASES**

The relief set forth on the following pages, for a total of 4 pages including this page, is hereby **ORDERED**.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 11 |
| | ) | |
| George W. Park Seed Co., Inc., | ) | CASE NO. 10-02431-JW |
| | ) | |
| Park Seed Wholesale, Inc., and | ) | CASE NO. 10-02432-JW |
| | ) | |
| Jackson & Perkins Direct Marketing, | ) | CASE NO. 10-02434-JW |
| | ) | |
| Debtors. | ) | (JOINT ADMINISTRATION REQUESTED) |
| | ) | |

**ORDER DIRECTING JOINT ADMINISTRATION OF
THE DEBTORS' RELATED CHAPTER 11 CASES**

Upon the motion (the "Motion") of George W. Park Seed Co., Inc. and its affiliates (or the "Debtors"), the above captioned debtors-in-possession, for entry of an order directing the joint administration of the above captioned Chapter 11 Cases (the "Order"); it appearing that the relief requested herein is in the best interests of the Debtors' estates, their creditors and other parties in interest; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. §157(b)(2); and it appearing that venue of this proceeding is proper pursuant to 28 U.S.C. §§1408 and 1409; and it appearing that notice of the Motion and opportunity for a hearing on the Motion was appropriate under the circumstances and that no other or further notice with respect to the Motion need be given; and after due deliberation and sufficient cause appearing therefore, it is HEREBY ORDERED:

1. The Motion is granted.

2. The Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 10-02431-JW.

3. The consolidated caption of the jointly administered Chapter 11 Cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| **In Re:** | ) | **CASE NO. 10-02431-JW** |
| | ) | |
| **George W. Park Seed Co., Inc.,** | ) | **CHAPTER 11** |
| **et al,** | ) | |
| | ) | **(JOINT ADMINISTRATION)** |
| **Debtors.**[1] | ) | |
| | ) | |

4. The Debtors also request that an entry be made in the docket of each of the Chapter 11 Cases, other than this case, that is substantially similar to the following:

An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local rules for the United States Bankruptcy Court for the District of South Carolina directing joint administration of the Chapter 11 Cases of George W. Park Seed Co., Inc. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 10-02431-JW.

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: George W. Park Seed Co., Inc. (5934); Park Seed Wholesale, Inc. (9864); and Jackson & Perkins Direct Marketing (2860).

5. One consolidated docket, one file and one consolidated service list shall be maintained by the Debtors and kept by the Clerk of the United States Bankruptcy Court for the District of South Carolina.

6. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise affecting substantive consolidation of the Debtors' Chapter 11 Cases.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

AND IT IS SO ORDERED.