IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| Geo. W. Park Seed Co., Inc., | ) | Case No. 10-02431-jw |
| et al, | ) | (JOINT ADMINSTRATION) |
| | ) | |
| | ) | |
| Debtors. | ) | |

**FINAL ORDER AUTHORIZING THE USE OF CASH COLLATERAL**

The relief set forth on the following pages, for a total of 5 pages including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**04/27/2010**



*John E Waites*

Chief US Bankruptcy Court Judge
District of South Carolina

Entered: 04/27/2010

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| Geo. W. Park Seed Co., Inc., ) | Case No. 10-02431-jw |
| et al, ) | (JOINT ADMINSTRATION) |
| ) | |
| Debtors. ) | |

## FINAL ORDER AUTHORIZING THE USE OF CASH COLLATERAL

This matter comes before the Court for hearing on April 27, 2010 at 9:30 a.m. ("Final Hearing") for entry of a final order authorizing the use of cash collateral (the "Final Order") upon motion (the "Motion") of Geo. W. Park Seed Co., Inc.; Jackson & Perkins Company, Inc. and Park Seed Wholesale, Inc. ("Park" or the "Debtors"), the jointly administered debtors. The Court issued an interim order granting the relief sought herein on a temporary basis on April 8, 2010, ("Interim Order") upon emergency motion, and extended the temporary relief by order entered April 21, 2010 ("Second Interim Order").

Upon the record of the Chapter 11 Case, of the Final Hearing, and the record of the interim hearings, and good and sufficient cause appearing therefore, and it appearing to be in the best interests of the Debtors' estate and creditors:

THE COURT HEREBY MAKES THE FOLLOWING FINDINGS OF FACT AND CONCLUSIONS OF LAW:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. 1334.

2. This proceeding is a core proceeding pursuant to 28 U.S.C. 157(b)(2).

3. Venue of this proceeding is proper pursuant to 28 U.S.C. 1408 and 1409.

4. Notice of the Motion and opportunity for a hearing on the Motion was adequate and appropriate under the circumstances and no other or further notice with respect to the Motion need be given.

5. On April 2, 2010, the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

6. The Court entered an Order Directing Joint Administration of the Debtors' Related Chapter 11 Cases on April 8, 2010, consolidating the cases for procedural purposes.

7. On April 16, 2010, L. Stan Neely ("Trustee") was appointed as Chapter 11 Trustee for the Debtors by order of the Court.

8. Prior to the Petition Date, the Debtors entered into certain security agreements with Wells Fargo Bank, National Association ("Wells Fargo"), C. Raker & Sons, Inc. ("Raker"), and Don Hachenberger ("Hachenberger").

9. Wells Fargo, Raker and Hachenberger (the "Secured Creditors") assert security interests in and to the cash collateral of the estate.

10. On April 2, 2010, the Debtors filed a Stipulation entered into with Wells Fargo and Raker (the "Stipulation") (Docket No. 6) and have subsequently reached agreement with Hachenberger ("Hachenberger").

11. The Trustee is unable to operate these businesses and to pay critical operating expenses without the ability to use Cash Collateral (as defined in Section 363(a) of the Bankruptcy Code).

12. Wells Fargo, Raker and Hachenberger agree to the use of Cash Collateral by the Trustee in accordance with budgets which are attached hereto, under the conditions herein.

It appearing that use of cash collateral pursuant to the conditions contained in this order is in the best interests of the estates and creditors,

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Motion is granted on a final basis to the extent set forth herein.

2. The Trustee is authorized to use Cash Collateral in accordance with and up to the amounts contemplated by the Budgets attached hereto as Exhibits "A", "B" and "C" (the

"Budgets"). The Budgets may be amended, supplemented, extended or otherwise modified without further hearing or order by the Court so long as the changes do not vary materially from the Budgets. Use of Cash Collateral shall not be extended for a period of time beyond the Budgets without the consent of the Secured Creditors and the Creditors Committee.

3. Each person or entity that has a valid and perfected security interest in cash collateral as of the Petition Date is hereby granted a replacement lien on the post petition cash collateral with the same validity and priority as the pre-petition lien in cash collateral to the extent of diminution in value post petition ("Replacement Liens"). The Replacement Liens shall be junior in priority to all valid and perfected liens as of the Petition Date, but shall be senior to any and all liens or security interests arising after the Petition Date that are claimed or filed against any of the Debtors' assets. The Replacement Liens shall be deemed perfected solely upon issuance of the Court of its order approving its Stipulation, without the necessity of filing any further financing or other statements.

4. The Trustee shall not make any payments to insiders other than as provided by the Budgets.

5. The Trustee is authorized and empowered to take all actions necessary to implement the relief granted in this Final Order.

6. The Trustee's authority to use Cash Collateral shall terminate on the earlier of (1) the dismissal of the bankruptcy cases; (2) conversion of the bankruptcy cases under Chapter 7 of the Bankruptcy Code; or (3) final administration of the bankruptcy cases.

7. On or before June 1, 2010, the Trustee will provide information to the Secured Creditors and the Creditors Committee as to the actual cash flow compared to projections and will provide extended projections.

8. The requirements set forth in Bankruptcy Rule 6003(b) are satisfied by the contents of the

Motion or otherwise waived.

9. Notwithstanding the possible applicability of Bankruptcy Rules 6004, 7062, and 9014, or otherwise, the terms and conditions of this Final Order shall be immediately effective and enforceable upon its entry. All time periods set forth in this Final Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

10. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Final Order.

AND IT IS SO ORDERED.

# JACKSON & PERKINS DIRECT MARKETING ("JPDM")
## ASSUMES A 4/2/2010 FILING

| Notes and Assumptions | Buc | Budget 4/9/2010 | Actual 4/9/2010 | Variance | Budget 4/16/2010 | Actual 4/16/2010 | Variance | Budget 4/23/2010 | Budget 4/30/2010 | Budget 5/7/2010 | Budget 5/14/2010 | Budget 5/21/2010 | Budget 5/28/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts Budget** | A | | | | | | | | | | | | |
| J&P Retail Budget Demand - (reduced due to reduction in demand) | 1 | 95% | 500,000 | 374,326 | (125,674) | 500,000 | 525,813 | 25,813 | 435,000 | 435,000 | 435,000 | 435,000 | 300,000 | 275,000 |
| J&P Retail Budget Cash Receipts | 1 | 80% | 400,000 | 250,989 | (149,011) | 400,000 | 278,226 | (121,774) | 348,000 | 348,000 | 348,000 | 413,250 | 285,000 | 261,250 |
| Rose Revenue | 2 | 62% | 248,000 | - | (248,000) | 248,000 | - | (248,000) | 215,760 | 215,760 | 256,215 | 256,215 | 176,700 | 161,975 |
| Other Goods | 3 | 38% | 152,000 | - | (152,000) | 152,000 | - | (152,000) | 132,240 | 132,240 | 157,035 | 157,035 | 108,300 | 99,275 |
| Average number of roses shipped | B3 | $ 12 | 20,667 | 33,327 | 12,660 | 20,667 | - | (20,667) | 17,980 | 17,980 | 21,351 | 21,351 | 14,725 | 13,498 |
| **Total Budget Cash Receipts** | | 95% | 400,000 | 250,989 | (149,011) | 400,000 | 278,226 | (121,774) | 348,000 | 348,000 | 413,250 | 413,250 | 285,000 | 261,250 |
| | | | | | | | | | | | | | | |
| **Cost of Goods Sold** | B | | | | | | | | | | | | | |
| Freight | 1 | 21% | 105,000 | 70,000 | (35,000) | 105,000 | - | (105,000) | 91,350 | 91,350 | 91,350 | 91,350 | 63,000 | 57,750 |
| Packaging J&P Retail | 2 | | 10,000 | - | (10,000) | 10,000 | 3,427 | (6,573) | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Postage J&P Retail | 2 | | 5,000 | - | (5,000) | - | 25,000- | 25,000 | 5,000 | 5,000 | 5,000 | - | 5,000 | - |
| Product Received from JP Wholesale (average $4 per rose) | 3 | | - | - | - | 124,000 | - | (124,000) | 155,996 | 82,667 | 71,920 | 85,405 | 85,405 | 58,900 |
| Product J&P Retail (remaining purchases to support 38% of Sales) | 4 | | 21,867 | - | (21,867) | 21,867 | 23,131 | 1,264 | 21,867 | 21,867 | 21,867 | 21,867 | 21,867 | 21,867 |
| Customer Refunds | | | 15,000 | - | (15,000) | 15,000 | - | (15,000) | 15,000 | 15,000 | 9,000 | 9,000 | 9,000 | 9,000 |
| **Total Cost of Goods Sold Expenses** | | | 156,867 | 70,000 | (86,867) | 275,867 | 51,558 | (224,309) | 299,213 | 220,884 | 209,137 | 217,622 | 194,272 | 157,517 |
| | | | | | | | | | | | | | | |
| **Other Expenses** | C | | | | | | | | | | | | | |
| Payroll JPDM | 1 | | - | - | - | 5,000 | 5,000 | - | - | 5,000 | - | 5,000 | - | 5,000 |
| Employee Benefits | 2 | | 1,000 | - | (1,000) | 2,500 | - | (2,500) | 3,900 | 1,000 | 1,000 | 1,000 | 2,600 | 800 |
| Bank Fees | 3 | | - | - | - | 1,000 | - | (1,000) | - | - | - | 1,000 | - | - |
| Contractors | 4 | SS | - | - | - | 814 | 3,500 | 2,686 | 710 | 600 | 710 | 64 | - | 600 |
| Credit Card Fees | 5 | 2% | 9,600 | - | (9,600) | 9,600 | - | (9,600) | 8,352 | 8,352 | 9,918 | 9,918 | 6,840 | 6,270 |
| Miscellaneous Expenses | 6 | | 1,000 | 6,000 | 5,000 | 1,000 | - | (1,000) | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Insurance Property/Worker's Comp | | Part of SI | 1,100 | - | (1,100) | 1,500 | - | (1,500) | 300 | 1,986 | - | - | 1,800 | - |
| Leases/Maintenance Contracts/Supplies/Information Services | 7 | SS | - | - | - | 6,438 | - | (6,438) | 6,438 | 6,438 | - | 6,438 | - | 6,438 |
| Catalog J&P Retail | 8 | | - | - | - | 10,000 | 29,100 | 19,100 | 250,000 | - | - | - | - | - |
| E-Commerce/Publicity | 9 | | 15,000 | - | (15,000) | 20,013 | - | (20,013) | 7,500 | 7,513 | 1,000 | 1,000 | 500 | 750 |
| Taxes | 10 | | - | - | - | - | - | - | 28,750 | - | - | - | 28,500 | - |
| Utilities & Telephone | 11 | SS | 1,100 | - | (1,100) | 1,700 | - | (1,700) | 1,780 | - | 1,100 | - | 2,680 | - |
| **Total Other Expenses** | | | 28,800 | 6,000 | (22,800) | 59,565 | 37,600 | (21,965) | 302,292 | 31,889 | 14,728 | 25,420 | 43,920 | 20,858 |
| | | | | | | | | | | | | | | |
| **Restructuring Expenses** | D | | | | | | | | | | | | | |
| Professional Fees (does not includes estimated "tail" expenses) | 1 | | - | - | - | - | - | - | - | 43,290 | - | - | - | 55,000 |
| Deposits | 2 | | - | - | - | - | - | - | - | 50,000 | - | - | - | - |
| US Trustee Fees - (does not includes "tail" expenses) | 3 | | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Restructuring Expenses** | | | - | - | - | - | - | - | - | 93,290 | - | - | - | 55,000 |
| | | | | | | | | | | | | | | |
| **Net Cash Surplus/(Deficit)** | | | 214,333 | 174,989 | (39,344) | 64,568 | 189,068 | 124,500 | (253,505) | 1,937 | 172,693 | 170,208 | 46,808 | 27,875 |
| | | | 214,333 | 174,989 | 174,989 | 278,901 | 364,057 | 403,401 | 110,552 | 112,489 | 301,874 | 472,081 | 518,889 | 546,764 |
| | | | | | | | | | | | | | | |
| **Cash Rollforward** | E | | | | | | | | | | | | | |
| Beginning Balance | | | 60,205 | 60,205 | 274,538 | 274,538 | 235,194 | 339,106 | 424,262 | 170,757 | 172,693 | 362,078 | 532,286 | 579,094 |
| Deposits | | | 400,000 | 250,989 | (149,011) | 400,000 | 278,226 | (121,774) | 348,000 | 348,000 | 413,250 | 413,250 | 285,000 | 261,250 |
| Disbursements | | | (185,667) | (76,000) | 109,667 | (335,432) | (89,158) | 246,274 | (601,505) | (346,063) | (223,865) | (243,042) | (238,192) | (233,375) |
| Ending Balance | | | 274,538 | 235,194 | 235,194 | 339,106 | 424,262 | 463,606 | 170,757 | 172,693 | 362,078 | 532,286 | 579,094 | 606,968 |
| | | | | | | | | | | | | | | |
| **Inventory Rollforward** | F | | | | | | | | | | | | | |
| Beginning Balance | | | 1,723,598 | 1,723,598 | - | 1,723,598 | 1,635,752 | - | 1,476,296 | 1,561,504 | 1,461,571 | 1,361,638 | 1,238,368 | 1,116,097 | 1,038,214 |
| Sales | | 35% | (140,000) | (87,846) | 52,154 | (264,000) | (97,379) | 166,621 | (277,796) | (204,467) | (216,558) | (230,043) | (185,155) | (150,338) |
| Purchases | | | 21,867 | - | (21,867) | 145,867 | 23,131 | (122,736) | 177,863 | 104,534 | 93,787 | 107,272 | 107,272 | 80,767 |
| Ending Balance | | | 1,605,465 | 1,635,752 | 1,753,885 | 1,358,163 | 1,561,504 | 1,520,181 | 1,461,571 | 1,361,638 | 1,238,368 | 1,116,097 | 1,038,214 | 968,644 |

JACKSON & PERKINS DIRECT MARKETING ("JPDM")
ASSUMES A 4/2/2010 FILING

| | Notes and Assumptions | Bu | Budget 6/4/2010 | Budget 6/11/2010 | Budget 6/18/2010 | Budget 6/25/2010 | Total Budget |
|---|---|---|---|---|---|---|---|
| **Cash Receipts Budget** | A | | | | | | |
| J&P Retail Budget Demand - (reduced due to reduction in demand) | 1 | 95% | 250,000 | 150,000 | 75,000 | - | 3,690,139 |
| J&P Retail Budget Cash Receipts | 1 | 80% | 237,500 | 142,500 | 71,250 | - | 3,049,215 |
| Rose Revenue | 2 | 62% | 147,250 | 88,350 | 44,175 | - | 1,562,400 |
| Other Goods | 3 | 38% | 90,250 | 54,150 | 27,075 | - | 957,600 |
| Average number of roses shipped | B3 | $ 12 | 12,271 | 7,363 | 3,681 | - | 163,527 |
| Total Budget Cash Receipts | | 95% | 237,500 | 142,500 | 71,250 | - | 3,049,215 |
| | | | | | | | |
| **Cost of Goods Sold** | B | | | | | | |
| Freight | 1 | 21% | 52,500 | 31,500 | 15,750 | - | 655,900 |
| Packaging J&P Retail | 2 | | 10,000 | 10,000 | 10,000 | 10,000 | 103,427 |
| Postage J&P Retail | 2 | | 5,000 | - | 5,000 | - | 50,000 |
| Product Received from JP Wholesale (average $4 per rose) | 3 | | 53,992 | 49,083 | 29,450 | 14,725 | 687,543 |
| Product: J&P Retail (remaining purchases to support 38% of Sales) | 3 | | 21,867 | 2,894 | 2,894 | 2,894 | 184,882 |
| Customer Refunds | 4 | | 9,000 | 9,000 | 9,000 | 9,000 | 102,000 |
| Total Cost of Goods Sold Expenses | | | 152,359 | 102,477 | 72,094 | 36,619 | 1,783,752 |
| | | | | | | | |
| **Other Expenses** | C | | | | | | |
| Payroll JPDM | 1 | | - | 5,000 | - | 5,000 | 30,000 |
| Employee Benefits | 2 | | 800 | 800 | 2,300 | 3,600 | 17,800 |
| Bank Fees | 3 | | - | 1,000 | - | - | 2,000 |
| Contractors | 4 | SS | - | - | 64 | - | 6,248 |
| Credit Card Fees | 5 | 2% | 5,700 | 3,420 | 1,710 | - | 60,480 |
| Miscellaneous Expenses | 6 | | 1,000 | 1,000 | 1,000 | - | 15,000 |
| Insurance Property/Worker's Comp | | Part of SS | 6,286 | - | 1,500 | 300 | 12,172 |
| Leases/Maintenance Contracts/Supplies/Information Services | 7 | SS | - | 6,438 | - | 6,438 | 32,192 |
| Catalog J&P Retail | 8 | | - | - | - | - | 279,100 |
| E-Commerce/Publicity | 9 | | 750 | 750 | 750 | 750 | 21,263 |
| Taxes | 10 | | - | - | 22,750 | - | 80,000 |
| Utilities & Telephone | 11 | SS | 1,100 | - | 1,700 | 700 | 9,060 |
| Total Other Expenses | | | 15,636 | 18,408 | 31,774 | 16,788 | 565,315 |
| | | | | | | | |
| **Restructuring Expenses** | D | | | | | | |
| Professional Fees (does not includes estimated "tail" expenses) | 1 | | - | - | - | 46,620 | 144,910 |
| Deposits | 2 | | - | - | - | - | 50,000 |
| US Trustee Fees - (does not includes "tail" expenses) | 3 | | - | - | - | - | - |
| Total Restructuring Expenses | | | - | - | - | 46,620 | 194,910 |
| | | | | | | | |
| Net Cash Surplus/(Deficit) | E | | 69,505 | 21,614 | (32,618) | (100,027) | 505,238 |
| | | | 616,269 | 637,883 | 605,265 | 505,238 | |
| | | | | | | | |
| **Cash Rollforward** | | | | | | | |
| Beginning Balance | | | 606,968 | 676,474 | 698,088 | 665,470 | 60,205 |
| Deposits | | | 237,500 | 142,500 | 71,250 | - | 3,049,215 |
| Disbursements | | | (167,995) | (120,886) | (103,868) | (100,027) | (2,543,978) |
| Ending Balance | | | 676,474 | 698,088 | 665,470 | 565,443 | 565,443 |
| | | | | | | | |
| **Inventory Rollforward** | F | | | | | | |
| Beginning Balance | | | 968,644 | 907,386 | 860,405 | 838,361 | 1,723,598 |
| Sales | | 35% | (137,117) | (98,958) | (54,383) | (14,725) | (1,754,768) |
| Purchases | | | 75,859 | 51,977 | 32,344 | 17,619 | 872,425 |
| Ending Balance | | | 907,386 | 860,405 | 838,361 | 841,255 | 841,255 |

EXHIBIT B

**GEORGE W. PARK SEED CO., INC. ("Park Retail")**
**ASSUMES A 4/2/2010 Filing**

| | Notes and Assumptions | Budget 4/9/2010 | Actual 4/9/2010 | Variance | Budget 4/16/2010 | Actual 4/16/2010 | Variance | Budget 4/23/2010 | Budget 4/30/2010 | Budget 5/7/2010 | Budget 5/14/2010 | Budget 5/21/2010 | Budget 5/28/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts Budget** | A | | | | | | | | | | | | |
| Park Seed Retail Budget Demand | 1 | 267,963 | 225,301 | (42,662) | 241,461 | 211,108 | (30,353) | 158,000 | 146,000 | 135,000 | 125,000 | 110,000 | 86,500 |
| Park Seed Retail Budget Cash Receipts | 1 80% | 214,371 | 165,362 | (49,008) | 193,169 | 272,545 | 79,376 | 126,400 | 116,800 | 128,250 | 118,750 | 104,500 | 82,175 |
| Wayside Budget Demand | 1 | 120,572 | 167,740 | 47,168 | 121,606 | 167,934 | 46,328 | 146,000 | 135,000 | 125,000 | 125,000 | 100,000 | 90,000 |
| Wayside Budget Cash Receipts | 1 80% | 96,458 | 45,594 | (50,864) | 97,285 | 197,295 | 100,010 | 116,800 | 108,000 | 118,750 | 118,750 | 95,000 | 85,500 |
| Park Garden Center | 2 | 11,795 | 14,069 | 2,274 | 14,273 | 15,168 | 895 | 13,295 | 10,874 | 9,752 | 10,368 | 5,809 | 4,516 |
| Holdback/Credit Card Float | | - | (42,191) | (42,191) | - | (231,304) | (231,304) | | | | | | |
| Roses Sold through Wayside (Number of Units) | | | 1,805 | | | 325 | | | | | | | |
| **Total Budget Cash Receipts** | | 322,623 | 182,834 | (139,789) | 304,726 | 253,704 | (51,022) | 256,495 | 235,674 | 256,752 | 247,868 | 205,309 | 172,191 |
| **Cost of Goods Sold** | B | | | | | | | | | | | | |
| Freight | 1 25% | 77,707 | 30,000 | (47,707) | 72,613 | 50,000 | (22,613) | 60,800 | 56,200 | 61,750 | 59,375 | 49,875 | 41,919 |
| Packaging Park Retail | 2 | 27,900 | 2,984 | (24,916) | 27,900 | 20,448 | (7,452) | 27,900 | 27,900 | 17,180 | 17,180 | 17,180 | 17,180 |
| Product Received from JP Wholesale (assumes 20,000 roses) | 3 $ | | | | | | | | 7,220 | 1,300 | | | |
| Postage Park Retail | 2 | 20,000 | | (20,000) | 10,000 | 17,810 | 7,810 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 5,000 |
| Product Park Retail (remaining to purchase for spring - based on PO) | 4 | 52,291 | 46,601 | (5,690) | 6,485 | 2,735 | (3,751) | 40,000 | 29,111 | | | | |
| Customer Refunds | | 10,000 | | (10,000) | 5,000 | | (5,000) | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| **Total Cost of Goods Sold Expenses** | | 187,898 | 79,585 | (108,313) | 121,998 | 90,992 | (31,006) | 141,700 | 133,431 | 93,230 | 89,555 | 80,055 | 67,099 |
| **Other Expenses** | C | | | | | | | | | | | | |
| Payroll Park | 1 | | | | 114,112 | 150,391 | 36,279 | | 114,112 | | 114,112 | | 114,112 |
| Employee Benefits | 2 SS | 4,500 | | (4,500) | 11,250 | 15,160 | 3,910 | 17,550 | 4,500 | 4,500 | 4,500 | | 3,600 |
| Bank Fees | 3 | | 662 | 662 | | | | | 1,000 | | 288 | 11,700 | |
| Contractors | 4 | | | | 3,663 | 3,195 | (468) | 3,195 | 2,700 | 3,195 | | | 2,700 |
| Credit Card Fees | 5 2% | 7,743 | | (7,743) | 7,313 | | (7,313) | 6,156 | 5,656 | 6,162 | 5,949 | 4,927 | 4,133 |
| Insurance Property/Worker's Comp | 6 SS | | | | 6,750 | 9,302 | 2,552 | 1,350 | 8,937 | | | 8,100 | |
| Leases/Maintenance Contracts/Supplies/Information Services | 7 SS | | | | | 988 | 988 | | 28,973 | | 28,973 | | 28,973 |
| Catalog Park Retail | 8 | | | | | | | 51,000 | | | | | |
| E-Commerce/Publicity | 9 | 10,500 | | (10,500) | 14,013 | 1,998 | (12,015) | 20,000 | 9,500 | 8,500 | 6,250 | 5,000 | 4,250 |
| Maintenance/Repairs | 10 | | | | | 8,694 | 8,694 | | | | | | |
| Pitney Bowes postage | 11 | 5,000 | | (5,000) | | 3,000 | 3,000 | 8,000 | | 5,000 | | | 5,000 |
| Taxes | 12 SS | | | | | | | 11,610 | | | | 12,000 | |
| Utilities & Telephone | | | | | 9,000 | | (9,000) | | | | 4,950 | 12,060 | |
| **Total Other Expenses** | | 27,743 | 662 | (27,081) | 166,102 | 192,729 | 26,627 | 118,361 | 175,379 | 27,357 | 165,022 | 53,787 | 162,768 |
| **Restructuring Expenses** | D | | | | | | | | | | | | |
| Professional Fees (does not includes estimated "tail" expenses) | 1 | | | | | | | | 43,355 | | | | 55,000 |
| Deposits | 2 | | | | | | | | 50,000 | | | | |
| US Trustee Fees - (does not includes "tail" expenses) | 3 | | | | | | | | | | | | |
| **Total Restructuring Expenses** | | | | | | | | | 93,355 | | | | 55,000 |
| **Net Cash Surplus/(Deficit)** | E | 106,982 | 102,587 | (4,395) | 16,626 | (30,017) | (46,643) | (4,066) | (166,491) | 136,165 | (6,710) | 71,467 | (112,676) |
| | | 106,982 | 102,587 | | 123,608 | (30,017) | | 68,504 | (97,987) | 38,178 | 31,468 | 102,936 | (9,741) |
| **Cash Rollforward** | | | | | | | | | | | | | |
| Beginning Balance | | 290,914 | 290,914 | (0) | 397,896 | 393,501 | (4,395) | 363,484 | 359,418 | 192,927 | 329,092 | 322,382 | 393,849 |
| Deposits | | 322,623 | 182,834 | (139,789) | 304,726 | 253,704 | (51,022) | 256,495 | 235,674 | 256,752 | 247,868 | 205,309 | 172,191 |
| Disbursements | | (215,641) | (80,247) | 135,394 | (288,100) | (283,721) | 4,379 | (260,561) | (402,165) | (120,587) | (254,577) | (133,842) | (284,867) |
| Ending Balance | | 397,896 | 393,501 | (4,395) | 414,522 | 363,484 | (51,038) | 359,418 | 192,927 | 329,092 | 322,382 | 393,849 | 281,173 |
| **Inventory Rollforward** | F | | | | | | | | | | | | |
| Beginning Balance | | 1,326,486 | 1,326,486 | - | 1,301,048 | 1,314,580 | 13,532 | 1,191,212 | 1,170,678 | 1,144,667 | 1,084,066 | 1,025,774 | 978,547 |
| Sales | 26% | (83,882) | (58,307) | 25,376 | (75,518) | (126,102) | (50,584) | (66,689) | (61,275) | (66,756) | (64,446) | (53,380) | (44,770) |
| Purchases (includes 20,000 JPW roses divided evenly over budget period) | | 58,445 | 46,601 | (11,844) | 12,639 | 2,735 | (9,904) | 46,154 | 35,265 | 6,154 | 6,154 | 6,154 | 6,154 |
| Ending Balance | | 1,301,048 | 1,314,580 | 13,532 | 1,238,169 | 1,191,212 | (46,957) | 1,170,678 | 1,144,667 | 1,084,066 | 1,025,774 | 978,547 | 939,932 |

GEORGE W. PARK SEED CO., INC. ("Park Retail")
ASSUMES A 4/2/2010 Filing

| | Notes and Assumptions | | Budget 6/4/2010 | Budget 6/11/2010 | Budget 6/18/2010 | Budget 6/25/2010 | Total Budget |
|---|---|---|---|---|---|---|---|
| **Cash Receipts Budget** | A | | | | | | |
| Park Seed Retail Budget Demand | 1 | | 75,000 | 70,000 | 60,000 | 20,000 | 1,421,909 |
| Park Seed Retail Budget Cash Receipts | 1 | 80% | 71,250 | 66,500 | 57,000 | 19,000 | 1,328,532 |
| Wayside Budget Demand | 1 | | 80,000 | 70,000 | 30,000 | - | 1,236,674 |
| Wayside Budget Cash Receipts | 1 | 80% | 76,000 | 66,500 | 28,500 | - | 1,056,689 |
| Park Garden Center | 2 | | 5,168 | 3,646 | 4,319 | 60,715 | 157,699 |
| Holdback/Credit Card Float | 2 | | - | - | - | - | (273,495) |
| Roses Sold through Wayside (Number of Units) | | | | | | | 2,130 |
| **Total Budget Cash Receipts** | | | 152,418 | 136,646 | 89,819 | 79,715 | 2,269,424 |
| **Cost of Goods Sold** | B | | | | | | |
| Freight | 1 | 25% | 36,813 | 33,250 | 21,375 | 4,750 | 506,106 |
| Packaging Park Retail | 2 | | 3,240 | 3,240 | 3,240 | - | 157,671 |
| Product Received from JP Wholesale (assumes 20,000 roses) | 3 | $  4 | - | - | - | 71,480 | 80,000 |
| Postage Park Retail | 2 | | 5,000 | 5,000 | 2,500 | - | 85,310 |
| Product Park Retail (remaining to purchase for spring - based on PO) | 2 | | - | - | - | - | 118,447 |
| Customer Refunds | 4 | | 3,000 | 3,000 | 3,000 | - | 27,000 |
| **Total Cost of Goods Sold Expenses** | | | 48,053 | 44,490 | 30,115 | 76,230 | 974,534 |
| **Other Expenses** | C | | | | | | |
| Payroll Park | 1 | | - | 114,112 | - | 114,112 | 720,953 |
| Employee Benefits | 2 | SS | 3,600 | 3,600 | 10,350 | 5,850 | 84,910 |
| Bank Fees | 3 | | 1,000 | - | - | - | 2,662 |
| Contractors | 4 | | - | - | 288 | - | 15,561 |
| Credit Card Fees | 5 | 2% | 3,658 | 3,280 | 2,156 | 1,913 | 43,989 |
| Insurance Property/Worker's Comp | 6 | SS | 35,037 | - | 6,750 | 1,350 | 70,826 |
| Leases/Maintenance Contracts/Supplies/Information Services | 7 | SS | - | 28,973 | - | 28,973 | 145,854 |
| Catalog Park Retail | 8 | | - | - | - | - | 51,000 |
| E-Commerce/Publicity | 9 | | 4,250 | 4,250 | 4,250 | 4,250 | 72,498 |
| Maintenance/Repairs | 10 | | - | - | - | - | 8,694 |
| Pitney Bowes postage | 11 | | - | - | 6,000 | - | 13,000 |
| Taxes | 12 | | - | - | - | - | 26,000 |
| Utilities & Telephone | | SS | 4,950 | - | 7,650 | - | 41,220 |
| **Total Other Expenses** | | | 52,495 | 154,215 | 37,444 | 156,449 | 1,297,167 |
| **Restructuring Expenses** | D | | | | | | |
| Professional Fees (does not includes estimated "tail" expenses) | 1 | | - | - | - | 46,690 | 145,045 |
| Deposits | 2 | | - | - | - | - | 50,000 |
| US Trustee Fees - (does not includes "tail" expenses) | 3 | | - | - | - | - | - |
| **Total Restructuring Expenses** | | | - | - | - | 46,690 | 195,045 |
| **Net Cash Surplus/(Deficit)** | E | | 51,870 | (62,059) | 22,261 | (199,654) | (197,322) |
| | | | 42,130 | (19,929) | 2,332 | (197,322) | |
| **Cash Rollforward** | | | | | | | |
| Beginning Balance | | | 281,173 | 333,043 | 270,985 | 293,246 | 290,914 |
| Deposits | | | 152,418 | 136,646 | 89,819 | 79,715 | 2,269,424 |
| Disbursements | | | (100,548) | (198,705) | (67,559) | (279,369) | (2,466,747) |
| Ending Balance | | | 333,043 | 270,985 | 293,246 | 93,592 | 93,592 |
| **Inventory Rollforward** | F | | | | | | |
| Beginning Balance | | | 939,932 | 906,457 | 877,083 | 859,883 | 1,326,486 |
| Sales | | 26% | (39,629) | (35,528) | (23,353) | (20,726) | (661,159) |
| Purchases (includes 20,000 JPW roses divided evenly over budget period) | | | 6,154 | 6,154 | 6,154 | 6,154 | 179,985 |
| Ending Balance | | | 906,457 | 877,083 | 859,883 | 845,311 | 845,311 |

EXHIBIT C

GEORGE W. PARK SEED CO., INC. ("Park Wholesale")
ASSUMES A 4/2/2010 FILING

| | Notes and Assumptions | | Budget 4/9/2010 | Actual 4/9/2010 | Variance | Budget 4/16/2010 | Actual 4/16/2010 | Variance | Budget 4/23/2010 | Budget 4/30/2010 | Budget 5/7/2010 | Budget 5/14/2010 | Budget 5/21/2010 | Budget 5/28/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts Budget** | A | | | | | | | | | | | | | |
| Park Wholesale Budget Cash Receipts | 1 | | 273,000 | 209,729 | (63,271) | 273,000 | 278,788 | 5,788 | 350,000 | 372,448 | 356,254 | 453,415 | 437,221 | 227,727 |
| Total Budget Cash Receipts | | | 273,000 | 209,729 | (63,271) | 273,000 | 278,788 | 5,788 | 350,000 | 372,448 | 356,254 | 453,415 | 437,221 | 227,727 |
| **Cost of Goods Sold** | B | | | | | | | | | | | | | |
| Freight | 1 | 10% | 13,854 | - | (13,854) | 7,104 | 2,437 | (4,667) | 18,469 | 14,160 | 13,544 | 13,714 | 15,391 | 5,838 |
| Packaging Park Wholesale | | | - | - | - | - | 1,080 | 1,080 | - | - | - | - | - | - |
| Product Park Wholesale (new sales from projections) | 2 | 65% | - | - | - | - | - | - | 98,730 | 73,105 | 84,494 | 84,494 | 87,579 | 33,297 |
| Product Park Wholesale | 3 | From PO's | 147,720 | 153,810 | 6,090 | 107,263 | 123,921 | 16,658 | 53,074 | 22,174 | 21,414 | 12,435 | 6,028 | 3,598 |
| Customer Refunds | 4 | | - | - | - | - | - | - | - | 1,000 | - | - | - | 1,000 |
| Total Cost of Goods Sold Expenses | | | 161,574 | 153,810 | (7,764) | 114,367 | 127,439 | 13,072 | 170,273 | 110,439 | 119,453 | 110,643 | 108,997 | 43,733 |
| **Other Expenses** | C | | | | | | | | | | | | | |
| Payroll Park Wholesale | 1 | | - | - | - | 169,498 | 169,498 | 0 | - | 169,498 | - | 169,498 | - | 169,498 |
| Commissions | 2 | 0.87% | - | - | - | - | - | - | - | - | 8,146 | - | - | - |
| Employee Benefits | 3 | SS | 4,500 | - | (4,500) | 11,250 | - | (11,250) | 17,550 | 4,500 | 4,500 | 4,500 | 11,700 | 3,600 |
| Bank Fees | 4 | | - | - | - | 1,000 | - | (1,000) | - | - | - | - | 1,000 | - |
| Contractors | 5 | | - | - | - | - | 3,195 | 3,195 | 3,663 | - | 2,700 | 288 | - | 2,700 |
| Credit Card Fees | 6 | 2% | 6,552 | - | (6,552) | 6,552 | - | (6,552) | 8,400 | 8,939 | 8,550 | 10,882 | 10,493 | 5,465 |
| Insurance Property/Worker's Comp/Health | 7 | SS | - | - | - | - | - | - | 8,100 | 8,937 | 5,500 | - | 8,100 | - |
| Leases/Maintenance Contracts/Supplies/Information Services | 8 | SS | - | - | - | 28,973 | - | (28,973) | - | 28,973 | - | 28,973 | - | 28,973 |
| Catalog Park Wholesale | 9 | | - | - | - | 23,095 | 18,095 | (5,000) | 7,980 | - | - | 5,205 | - | 48,291 |
| Taxes | 10 | | 1,000 | - | (1,000) | - | - | - | - | 1,000 | - | - | - | 1,000 |
| Utilities & Telephone | 11 | SS | - | - | - | - | - | - | - | - | 28,400 | - | 12,060 | - |
| Total Other Expenses | | | 12,052 | - | (12,052) | 240,368 | 190,788 | (49,580) | 45,693 | 221,847 | 57,796 | 219,346 | 43,353 | 259,528 |
| **Restructuring Expenses** | D | | | | | | | | | | | | | |
| Professional Fees (does not includes estimated "tail" expenses) | 1 | | - | - | - | - | - | - | - | 43,355 | - | - | - | 55,000 |
| Deposits | 2 | | - | - | - | - | - | - | - | 50,000 | - | - | - | - |
| US Trustee Fees - (does not includes "tail" expenses) | 3 | | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Restructuring Expenses | | | - | - | - | - | - | - | - | 93,355 | - | - | - | 55,000 |
| Net Cash Surplus/(Deficit) | E | | 99,374 | 55,919 | (43,455) | (81,735) | (39,439) | 42,296 | 134,034 | (53,193) | 179,005 | 123,426 | 284,871 | (130,534) |
| **Cash Rollforward** | | | | | | | | | | | | | | |
| Beginning Balance | | | - | - | - | 99,374 | 55,919 | (43,455) | 16,480 | 150,514 | 97,322 | 276,327 | 399,753 | 684,623 |
| Deposits | | | 273,000 | 209,729 | (63,271) | 273,000 | 278,788 | 5,788 | 350,000 | 372,448 | 356,254 | 453,415 | 437,221 | 227,727 |
| Disbursements | | | (173,626) | (153,810) | 19,816 | (354,735) | (318,227) | 36,508 | (215,966) | (425,640) | (177,249) | (329,989) | (152,351) | (358,261) |
| Ending Balance | | | 99,374 | 55,919 | (43,455) | 17,639 | 16,480 | (1,158) | 150,514 | 97,322 | 276,327 | 399,753 | 684,623 | 554,089 |
| **Accounts Receivable Rollforward** | F | | | | | | | | | | | | | | |
| Beginning Balance | | | 2,450,000 | 2,450,018 | 18 | 2,315,544 | 2,377,744 | 62,200 | 2,238,884 | 2,073,579 | 1,842,730 | 1,621,918 | 1,305,647 | 1,022,337 |
| Sales - booked | | A1 | 138,544 | 137,455 | (1,089) | 71,039 | 139,928 | 68,889 | 32,803 | 29,130 | 5,451 | 7,152 | 19,176 | 7,152 |
| Sales - projected - Based on 2009 (less 25%) | | A1 | - | - | - | - | - | - | 151,892 | 112,469 | 129,991 | 129,991 | 134,736 | 51,227 |
| Adjustments | | | - | - | - | - | (52,950) | - | - | - | - | - | - | - |
| Cash Receipts | | A1 | (273,000) | (209,729) | 63,271 | (273,000) | (278,788) | (5,788) | (350,000) | (372,448) | (356,254) | (453,415) | (437,221) | (227,727) |
| Ending Balance | | | 2,315,544 | 2,377,744 | 62,200 | 2,113,584 | 2,238,884 | 125,301 | 2,073,579 | 1,842,730 | 1,621,918 | 1,305,647 | 1,022,337 | 852,989 |
| **Inventory Rollforward** | G | | | | | | | | | | | | | | |
| Beginning Balance | | | 1,627,768 | 1,627,768 | - | 1,559,888 | 1,692,232 | 132,344 | 1,725,200 | 1,703,879 | 1,707,118 | 1,724,988 | 1,732,774 | 1,726,338 |
| Sales | | 65% | (90,054) | (89,346) | 708 | (46,176) | (90,953) | (44,778) | (120,051) | (92,039) | (88,038) | (89,143) | (100,043) | (37,946) |
| Purchases | | | 22,174 | 153,810 | 131,636 | 21,414 | 123,921 | 102,507 | 98,730 | 95,279 | 105,908 | 96,929 | 93,606 | 36,895 |
| Ending Balance | | | 1,559,888 | 1,692,232 | 132,344 | 1,535,127 | 1,725,200 | 190,074 | 1,703,879 | 1,707,118 | 1,724,988 | 1,732,774 | 1,726,338 | 1,725,287 |

Park Wholesale - 4-26-10 12.00 Projections PARK WHOLESALE

1 of 2

GEORGE W. PARK SEED CO., INC. ("Park Wholesale)
ASSUMES A 4/2/2010 FILING

| | Notes and Assumptions | | Budget 6/4/2010 | Budget 6/11/2010 | Budget 6/18/2010 | Budget 6/25/2010 | Budget Total |
|---|---|---|---|---|---|---|---|
| **Cash Receipts Budget** | A | | | | | | |
| Park Wholesale Budget Cash Receipts | 1 | | 275,170 | 189,772 | 170,795 | 85,397 | 3,406,716 |
| Total Budget Cash Receipts | | | 275,170 | 189,772 | 170,795 | 85,397 | 3,406,716 |
| | | | | | | | |
| **Cost of Goods Sold** | B | | | | | | |
| Freight | 1 | 10% | 4,170 | 5,282 | 6,672 | 5,838 | 105,516 |
| Packaging Park Wholesale | | | - | - | - | - | 1,080 |
| Product Park Wholesale (new sales from projections) | 2 | 65% | 14,640 | 24,046 | 43,367 | 37,946 | 581,698 |
| Product Park Wholesale | 3 | From PO's | 4,720 | 12,656 | 10,445 | 5,632 | 429,906 |
| Customer Refunds | 4 | | - | - | - | 1,000 | 3,000 |
| Total Cost of Goods Sold Expenses | | | 23,530 | 41,984 | 60,483 | 50,416 | 1,121,200 |
| | | | | | | | |
| **Other Expenses** | C | | | | | | |
| Payroll Park Wholesale | 1 | | - | 169,498 | - | 169,498 | 1,016,988 |
| Commissions | 2 | 0.87% | - | 5,813 | - | - | 13,959 |
| Employee Benefits | 3 | SS | 3,600 | 3,600 | 10,350 | 16,200 | 80,100 |
| Bank Fees | 4 | | - | - | 1,000 | - | 2,000 |
| Contractors | 5 | | - | - | 288 | - | 12,834 |
| Credit Card Fees | 6 | 2% | 6,604 | 4,555 | 4,099 | 2,050 | 70,037 |
| Insurance Property/Worker's Comp/Health | 7 | SS | 35,037 | - | 6,750 | 1,350 | 73,774 |
| Leases/Maintenance Contracts/Supplies/Information Services | 8 | SS | - | 28,973 | - | 28,973 | 144,866 |
| Catalog Park Wholesale | 9 | | - | 12,000 | 29,740 | 7,900 | 129,211 |
| Taxes | 10 | | - | - | - | 1,000 | 3,000 |
| Utilities & Telephone | 11 | SS | 4,950 | - | 7,650 | 3,150 | 56,210 |
| Total Other Expenses | | | 50,191 | 224,439 | 59,877 | 230,121 | 1,602,978 |
| | | | | | | | |
| **Restructuring Expenses** | D | | | | | | |
| Professional Fees (does not includes estimated "tail" expenses) | 1 | | | | | 46,690 | 145,045 |
| Deposits | 2 | | | | | | 50,000 |
| US Trustee Fees - (does not includes "tail" expenses) | 3 | | | | | | - |
| Total Restructuring Expenses | | | - | - | - | 46,690 | 195,045 |
| | | | | | | | |
| Net Cash Surplus/(Deficit) | | | 201,448 | (76,650) | 50,434 | (241,829) | 487,492 |
| | | | | | | | |
| **Cash Rollforward** | E | | | | | | |
| Beginning Balance | | | 554,089 | 755,537 | 678,887 | 729,321 | - |
| Deposits | | | 275,170 | 189,772 | 170,795 | 85,397 | 3,406,716 |
| Disbursements | | | (73,721) | (266,423) | (120,360) | (327,227) | (2,919,224) |
| Ending Balance | | | 755,537 | 678,887 | 729,321 | 487,492 | 487,492 |
| | | | | | | | |
| **Accounts Receivable Rollforward** | F | | | | | | |
| Beginning Balance | | | 852,989 | 619,519 | 482,565 | 378,489 | 2,450,018 |
| Sales - booked | | A1 | 19,176 | 15,825 | - | - | 413,248 |
| Sales - projected - Based on 2009 (less 22%) | | A1 | 22,523 | 36,994 | 66,718 | 58,379 | 894,920 |
| Adjustments | | | - | - | - | - | - |
| Cash Receipts | | A1 | (275,170) | (189,772) | (170,795) | (85,397) | (3,406,716) |
| Ending Balance | | | 619,519 | 482,565 | 378,489 | 351,470 | 351,470 |
| | | | | | | | |
| **Inventory Rollforward** | G | | | | | | |
| Beginning Balance | | | 1,725,287 | 1,717,543 | 1,719,912 | 1,730,357 | 1,627,768 |
| Sales | | 65% | (27,104) | (34,332) | (43,367) | (37,946) | (850,309) |
| Purchases | | | 19,360 | 36,702 | 53,812 | 43,578 | 958,530 |
| Ending Balance | | | 1,717,543 | 1,719,912 | 1,730,357 | 1,735,989 | 1,735,989 |