## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | C/A No. 10-02431-JW |
| | Chapter 11 |
| Geo. W. Park Seed Co., Inc., et al, | (JOINT ADMINISTRATION) |
| | ORDER |
| Debtor(s). | |

The above-referenced matter is scheduled for a hearing before the Court on June 11, 2010 at 9:30 a.m. in Columbia for consideration of a final hearing regarding the use of cash collateral in the Jackson & Perkins Wholesale, Inc. and J & P Acquisitions, Inc. Chapter 11 cases.[1]  In order to expedite the disposition of this matter, it is hereby

ORDERED that **by no later than 12:00 p.m. on Thursday, June 10, 2010,** the Movant and any supporting and objecting parties shall file a statement of issues, including any proposed spending budget and any specific budget items in dispute, a list of witnesses and exhibits, and an estimate of time required for the hearing.

**AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**06/07/2010**



/s/ John E. Waites
Chief US Bankruptcy Judge
District of South Carolina

Entered: 06/07/2010

---

[1]  The Court is unaware of any other matters scheduled at that time.