# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | **Case No. 10-02431** |
| ) | (Substantively Consolidated) |
| George W. Park Seed Co., Inc., et al. ) | |
| ) | **NOTICE OF AGREEMENT PURSUANT** |
| Debtors. ) | **TO SALE ORDER** |
| ) | |

J&P Park Acquisitions, Inc. hereby notifies the Court in accordance with Paragraph 41 of that certain Order: (1) Authorizing the Sale of Assets of the Debtors' Free and Clear of Liens, Claims, Encumbrances and Other Interests Pursuant to 11 U.S.C. Section 363; and (2) Authorizing the Assumption and Assignment or Rejection of Certain Executory Contracts Pursuant to 11 U.S.C. Section 365, that it has entered into an agreement with CIT which provides for the assignment of the Debtors' agreements with CIT.

Dated:  September 28, 2010

**NELSON GALBREATH, LLC**

/s/ J. Nathan Galbreath
J. Nathan Galbreath, Esq. (No. 10157)
ngalbreath@nelsongalbreath.com
25 East Court Street, Suite 201
Greenville, South Carolina 29601
Tel: (864) 232-3766     Fax: (864) 235-1420

*Local counsel for J&P Park Acquisitions, Inc.*

**PATTON BOGGS LLP**

/s/ Alan M. Noskow
Alan M. Noskow
anoskow@pattonboggs.com
8484 Westpark Drive, 9th Floor
McLean, Virginia 22102
Tel: (803) 744-8102     Fax: (703) 744-8001

*Counsel for J&P Park Acquisitions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I did serve upon the Debtors, the Debtors' counsel, the United States Trustee, the Chapter 11 Trustee and all parties receiving electronic notice of the pleadings in this case, a true and correct copy of the above notice via first class mail, postage prepaid, or electronically via the Court's ECF system:

Dated:  Greenville, South Carolina
September 28, 2010

/s/ J. Nathan Galbreath_____
J. Nathan Galbreath, Esq.